UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER AUGUST JOHNSON, CITY OF SACRAMENTO,<br><br>    Defendants. | No. 2:14-cv-02374-GEB-DAD<br><br>**ORDER** |

All parties have consented to proceed before the Magistrate Judge for all purposes. (See Pl.'s Consent to Jurisdiction of Magistrate Judge, ECF No. 5; Defs.' Status Report 2:25-26, ECF No. 15.)

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See E.D. Cal. R. 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral").

Dated:  January 26, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:14-cv-02374-DAD. Further, any matter currently scheduled before the District Judge is vacated.

IT IS SO ORDERED.

Dated: January 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
oneal2374.consent.ord.docx

2