UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:14-cv-2374 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| AUGUST JOHNSON, et al., | |
| Defendants. | |

This matter came before the court on June 5, 2015, for the hearing of plaintiff's motion to add a defendant. Plaintiff Sean O'Neal appeared on his own behalf. Defendants' attorney, Senior Deputy City Attorney Sean Richmond, did not appear on behalf of the defendants.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The hearing of plaintiff's motion to add a defendant (Dkt. No. 20) is continued to **Friday, June 19, 2015, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Each party is required to appear at the June 19, 2015 hearing, either by counsel or, if proceeding in propria persona, on his own behalf. Any party may appear at the June 19, 2015

---

[1] Senior Deputy City Attorney Andrea Velasquez, however, was in court to appear on another matter on behalf of defendant City of Sacramento and assisted the court at the hearing.

1

1  hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the
2  courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours
3  before the hearing; a land line telephone number must be provided.
4  Dated:  June 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\o'neal2374.oah.060515.docx