UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN O'NEAL,

    Plaintiff,

  v.

AUGUST JOHNSON, et al.,

    Defendants.

No.  2:14-cv-2374 DAD PS

ORDER

This matter came before the court on June 19, 2015, for the hearing of plaintiff's motion to add a defendant.  Plaintiff Sean O'Neal appeared on his own behalf.  Attorney Sean Richmond appeared on behalf of the defendants.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendants' June 1, 2015 statement of non-opposition (Dkt. No. 24) is deemed withdrawn.

2. The hearing of plaintiff's motion to add a defendant (Dkt. No. 20) is continued to **Friday, July 24, 2015, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.  Any party may appear at

---

[1] The parties currently before the court have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 16.)

1

the July 24, 2015 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line telephone number must be provided.

    3. Plaintiff shall file a proposed sixth amended complaint and a supplement to his motion to add a defendant on or before July 6, 2015.  Defendants shall file an opposition to plaintiff's motion on or before July 13, 2015.  Plaintiff shall file a reply on or before July 20, 2015.

    4. Defendants' May 22, 2015 motion for summary judgment (Dkt. No. 23) is denied without prejudice to renewal and the matter is dropped from the court's June 26, 2015 calendar.

    5. The deadlines and hearings set in the February 2, 2015 Status (Pretrial Scheduling) Order (Dkt. No. 18) are vacated subject to re-setting following disposition of the motions addressed above.

Dated:  June 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\o'neal2374.oah.061915.docx