UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>             Plaintiff,<br><br>     v.<br><br>AUGUST JOHNSON, et al.,<br><br>             Defendants. | No.  2:14-cv-2374 DAD PS<br><br><br><br>ORDER |

This matter came before the court on June 19, 2015, for the hearing of plaintiff's motion to add a defendant. Plaintiff Sean O'Neal appeared on his own behalf. Attorney Sean Richmond appeared on behalf of the defendants.[1] That same day, the court issued an order continuing the hearing of plaintiff's motion to July 24, 2015. (Dkt. No. 28.)

On June 22, 2015, plaintiff filed a motion requesting that the July 24, 2015 hearing of his motion be continued to August 21, 2015. (Dkt. No. 29.) Therein, plaintiff states that he requires additional time to "prepare and research case law," due to "a medical condition that requires he take prescription pain killer and other medication that slows him down." (Id. at 3.) Defendants have filed an opposition to plaintiff's request in which defendants note that plaintiff has already had a significant amount of time to prepare his motion. (Dkt. No. 30.)

---

[1]  The parties currently before the court have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 16.)

Although the court is mindful of the arguments advanced in defendants' opposition, the court nonetheless finds good cause to grant plaintiff's motion for a continuance. The court, however, will not grant plaintiff the length of continuance he has requested in his motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 22, 2015 motion to continue (Dkt. No. 29) is granted.

2. The July 24, 2015 hearing of plaintiff's motion to add a defendant is continued to **Friday, August 7, 2015, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned. Any party may appear at the August 7, 2015 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line telephone number must be provided.

3. Plaintiff shall file a proposed sixth amended complaint and a supplement to his motion to add a defendant on or before July 20, 2015. Defendants shall file an opposition to plaintiff's motion on or before July 27, 2015. Plaintiff shall file a reply on or before August 3, 2015.

Dated: July 12, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\o'neal2374.eot.ord.docx