UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>AUGUST JOHNSON, et al.,<br><br>    Defendants. | No.  2:14-cv-2374 DAD PS<br><br><br><u>ORDER</u> |

This matter came before the court on August 7, 2015, for the hearing of plaintiff's motion to add defendants. Plaintiff Sean O'Neal appeared on his own behalf. Deputy City Attorney Sean Richmond appeared on behalf of the defendants.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to add defendants (Dkt. No. 20), re-noticed on July 10, 2015 (Dkt. Nos. 32 & 33), and again on July 20, 2015 (Dkt. No. 36) is granted;

2. The proposed sixth amended complaint filed July 20, 2015 (Dkt. No. 36) is deemed the operative pleading in this action[2]; and

---

[1] The parties currently before the court have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 16.)

[2] No further amendment to the sixth amended complaint will be permitted in this action.

3.  Within fourteen days of the date of this order plaintiff shall serve the sixth amended complaint on the newly named defendants and file proof of that service with the court.

Dated:  August 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\o'neal2374.oah.080715.docx