UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:14-cv-2374 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| AUGUST JOHNSON, et al., | |
| Defendants. | |

This matter came before the court on August 7, 2015, for the hearing of plaintiff's motion to add defendants.[1] Plaintiff's motion was granted, plaintiff's proposed sixth amended complaint filed July 20, 2015 was deemed the operative pleading and plaintiff was ordered to serve the sixth amended complaint on the newly named defendants. (Dkt. No. 42.)

On August 17, 2015, plaintiff filed a motion for further leave to amend and set the matter for hearing before the undersigned on September 18, 2015. (Dkt. No. 47.) Therein, plaintiff states that again "correction is necessary to correct, add claims, drop defendants, restate an inadequately pleaded claim, request additional relief, and alter theory of claim," and "fix the 1983 claim against Officer August Johnson." (Id. at 1.) In this regard, plaintiff asserts that because "the Court told the plaintiff he could not sue his public defender," that plaintiff "was under the

---

[1] The parties currently before the court have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 16.)

1

1  impression that he was to drop the public defender." (Id. at 2.)  Moreover, plaintiff claims that
2  "[o]n August 7, 2015 the Plaintiff talked about how it was necessary to leave (sic) to amend
3  complaint 'Docket #33' to fix the 1983 Claim," and that plaintiff "was told he was free to amend
4  his complaint and fix complaint Docket #33." (Id.)  However, "instead Docket #36 was granted,"
5  and "these two proposed amended complaint (sic) were very different." (Id.)
6      Plaintiff is mistaken.  As a result of the court's order after the August 7, 2015 hearing,
7  plaintiff was not free to amend his complaint further.  Instead, the court granted him leave to
8  amend to proceed on the proposed sixth amended complaint plaintiff filed on July 10, 2015, (Dkt.
9  No. 33), and again on July 20, 2015.  (Dkt. No. 36.)  Plaintiff was told at the August 7, 2015
10  hearing and in the August 7, 2015 order after hearing that "[n]o further amendment to the sixth
11  amended complaint will be permitted in this action." (Dkt. No. 42 at 1.)
12      With respect to plaintiff's statement that the proposed sixth amended complaint plaintiff
13  filed on July 10, 2015, is "very different" from the proposed sixth amended complaint plaintiff
14  filed on July 20, 2015, it was plaintiff who drafted and filed these documents, identifying them as
15  his "PROPOSED 6TH AMENDED COMPLAINT," (Dkt. No. 33 at 3), and his "PROPOSED 6TH
16  AMENDED COMPLAINT AMENDED." (Dkt. No. 36 a 6.)  In the future, plaintiff should avoid
17  filing multiple pleadings and should instead exercise care and deliberation in his filings.
18  Nonetheless, plaintiff will be provided an opportunity to elect which of his proposed sixth
19  amended complaints he wishes to proceed on.
20      Accordingly, IT IS ORDERED that:
21      1. Plaintiff's August 17, 2015 motion for leave to amend (Dkt. No. 47) is denied;
22      2. The September 18, 2015 hearing of plaintiff's motion for leave to amend is dropped
23  from the court's calendar; and
24  /////
25  /////
26  /////
27  /////
28  /////

2

3. Within 7 days of the date of this order plaintiff shall file a writing identifying whether he wishes to proceed on the proposed sixth amended complaint he filed on July 10, 2015 (Dkt. No. 33) or the proposed sixth amended complaint he filed on July 20, 2015.  (Dkt. No. 36.)

Dated:  August 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\o'neal2374.lta.den.ord.docx