**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

FILED

JAN - 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for Defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, ANISSA GALATA, JAN SCULLY, JAMES WAX and DEANNA BOGDAN

*Exempt from Filing Fees under California Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER AUGUST JOHNSON; CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE DEPARTMENT; GALTA; SCULLY; WAX; COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE; DEANNA BOGDAN,<br><br>    Defendants.<br>_____ / | Case No.: 2:14-CV-02374-KJN<br><br>STIPULATION FOR PARTIAL VOLUNTARY DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, DEANNA BOGDAN AND JAMES WAX WITHOUT PREJUDICE; ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SEAN O'NEAL and Defendants OFFICER AUGUST JOHNSON, CITY OF SACRAMENTO, COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, ANISSA GALATA, JAN SCULLY, JAMES WAX and DEANNA BROGDAN, that any and all the claims by Plaintiff SEAN O'NEAL against Defendants SACRAMENTO COUNTY PUBLIC DEFENDERS OFFICE, DEANNA BOGDAN and JAMES WAX only be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure.

1

STIPULATION FOR PARTIAL VOLUNTARY DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, DEANNA BOGDAN AND JAMES WAX WITHOUT PREJUDICE; ORDER

{01489038.DOC}

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: December 22 2015 | PLAINTIFF IN PRO PER |
| 3 | | By /Sean O'Neal/ |
| 4 | | Sean O'Neal |
| 5 | Dated: December__, 2015 | PORTER SCOTT |
| | | A PROFESSIONAL CORPORATION |
| 7 | | By /s/ John R. Whitefleet |
| | | John R. Whitefleet |
| 8 | | Attorney for Defendants |
| | | COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, ANISSA GALATA, JAN SCULLY, JAMES WAX and DEANNA BOGDAN |
| 11 | Dated: December__, 2015 | CITY OF ATTORNEY OFFICE |
| 13 | | By /s/_____ |
| | | Sean D. Richmond |
| 14 | | Attorney for Defendants |
| | | OFFICER AUGUST JOHNSON and CITY OF SACRAMENTO |

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
Honorable Kendall J. Newman
Magistrate Judge

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: December___, 2015 |   | PLAINTIFF IN PRO PER |
|   | By | _____ |
|   |   | Sean O'Neal |
| Dated: December 29, 2015 |   | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
|   | By | /s/ John R. Whitefleet<br>John R. Whitefleet<br>Attorney for Defendants<br>COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, ANISSA GALATA, JAN SCULLY, JAMES WAX and DEANNA BOGDAN |
| Dated: December 07, 2015 |   | CITY OF ATTORNEY OFFICE |
|   | By | /s/ Sean D. Richmond *(authorized on 12/7/15)*<br>Sean D. Richmond<br>Attorney for Defendants<br>OFFICER AUGUST JOHNSON and CITY OF SACRAMENTO |

**ORDER**

IT IS SO ORDERED.

DATED: Jan 5, 2016

_____
Honorable Kendall J. Newman
Magistrate Judge

---

2

STIPULATION FOR PARTIAL VOLUNTARY DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO PUBLIC DEFENDERS OFFICE, DEANNA BOGDAN AND JAMES WAX WITHOUT PREJUDICE; ORDER
{01489038.DOC}