UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:14-cv-2374 KJN PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| AUGUST JOHNSON, et al., | |
| Defendants. | |

This matter came before the court on July 21, 2016, for the hearing of defendants' motion to amend the scheduling order. Plaintiff Sean O'Neal appeared on his own behalf. Attorney Sean Richmond appeared on behalf of the defendants.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

    1. Defendants' June 20, 2016 motion to amend (Dkt. No. 97) is granted.

    2. Defendants shall file their motion for summary judgment within seven days of the date of this order.[2]

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 16.)

[2] Defendants shall notice their motion for a Friday at 10:00 a.m. in Courtroom No. 27. Defendants are to contact courtroom deputy Pete Buzo at (916) 930-4128 for an available law and motion date.

1

3. Within seven days of the date of this order defendants shall produce to plaintiff the previously agreed-upon discovery production.

Dated: July 22, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

BVD\o'neal2374.oah.072116

2