1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN O'NEAL,                              No.  2:14-cv-2374 DB PS

12                  Plaintiff,

13         v.                                  ORDER

14   AUGUST JOHNSON, et al.,

15                  Defendants.

16

17         On July 25, 2016, defendant filed a motion for summary judgment and noticed the motion

18   for hearing on September 2, 2016.[1]  (Dkt. No. 105.)  Defendant, however, mistakenly attempted

19   to serve a copy of his motion on "Sean Michael O'Neal," when plaintiff's name is "Sean Matthew

20   O'Neal."[2]  (Dkt. No. 107 at 2.)  Defendant's service was returned as "return to sender," with a

21   notation "no one by this name at this address."  (Id. at 5.)

22   /////

23   /////

24   _____

25   [1]  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28
     U.S.C. § 636(c)(1).  (Dkt. No. 16.)

26
     [2]  Plaintiff alleges that this is not the first time he received mail from the defendant addressed to
27   Sean Michael O'Neal, that on those prior occasions the mail was from the "bar association," and
     that defendant's counsel informed plaintiff that the mail was for an attorney in counsel's office.
28   (Dkt. No. 109 at 2.)

                                                   1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  The September 2, 2016 hearing of defendant's motion for summary judgment is

3  continued to **September 30, 2016** at **10:00 a.m.** in Courtroom No. 27; and

4     2.  Within seven days of the date of this order defendant shall properly serve plaintiff with

5  a copy of defendant's motion for summary judgment.[3]

6  Dated:  August 17, 2016

7

8

9  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [3]  The court anticipates no further errors with respect to defendant's service on plaintiff.

1

DLB:6
Ddb1\orders.consent\o'neal2374.ord

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28