UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN O'NEAL,

      Plaintiff,

  v.

AUGUST JOHNSON, et al.,

      Defendants.

No. 2:14-cv-2374 DB PS

ORDER

This matter came before the court on October 7, 2016, for the hearing of defendants' motion for summary judgment. Plaintiff Sean O'Neal appeared on his own behalf. Attorney Sean Richmond appeared on behalf of the defendants.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

    1. Plaintiff shall file an opposition to defendants' motion for summary judgment on or before **October 28, 2016**;

////

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 16.)

1

2. Defendants shall file a reply to plaintiff's opposition on or before **November 7, 2016**; and

3. After receiving the parties' briefing, defendants' motion for summary judgment will be taken under submission.

Dated: October 7, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.consent\o'neal2374.oah.100716