1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:14-cv-2374 DB PS |
| Plaintiff, | |
| v. | ORDER |
| AUGUST JOHNSON, et al., | |
| Defendants. | |

This matter is set for a Final Pretrial Conference before the undersigned on April 7, 2017. On January 31, 2017, the court issued an order referring the parties to "Local Rules 281 and 282 relating to the contents of and time for filing Pretrial Statements." (ECF NO. 131 at 21.) Local Rule 281 provides that plaintiff's pretrial statement was due "[n]ot less than (14) days" prior to the April 7, 2017 Final Pretrial Conference.[1]

However, the January 31, 2017 order also provided that "[n]otwithstanding the provisions of Local Rule 281, which contemplates the filing of separate Pretrial Statements by plaintiff and defendant, the parties are to prepare a <u>JOINT STATEMENT</u> with respect to the undisputed facts and disputed factual issues of the case." (<u>Id.</u>) The parties' joint statement was "to be filed with the court concurrently with the filing of plaintiff's Pretrial Statement." (<u>Id.</u>) The time for the

---

[1] Plaintiff filed a pretrial statement on February 24, 2017, (ECF No. 132), and an amended pretrial statement on March 6, 2017. (ECF No. 134.)

1

parties to file their joint statement has passed without the filing of a joint statement.

Accordingly, IT IS HEREBY ORDERED that the parties' file their joint statement forthwith.

Dated: March 30, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\o'neal2374.jst.ord

2