UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AUGUST JOHNSON, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2374 DB PS<br><br><br>ORDER |

This matter came before the court on April 7, 2017, for a Final Pretrial Conference. Plaintiff Sean O'Neal appeared on his own behalf. Attorney Sean Richmond appeared on behalf of defendant August Johnson.[1]

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The parties shall file an Amended Joint Statement on or before **April 28, 2017**[2];

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 16.)

[2] The parties' Amended Joint Statement shall address "the undisputed facts and disputed factual issues of the case." (ECF No. 131 at 21.) This case is proceeding to trial on "the eighth amended complaint's claims of unlawful search and seizure and false arrest against defendant Johnson . . . ." (Id. at 20.) Accordingly, the court anticipates that the parties' Amended Joint Statement would address, for example, if it is a disputed factual issue that defendant Johnson lacked probable cause at the time of his probable cause determination.

1

2. Defendant Johnson shall file an Amended Pretrial Statement on or before **May 5, 2017**[3];

3. A **Settlement Conference** is set for **May 11, 2017, at 9:00 a.m.** in courtroom no. 26 before Magistrate Judge Allison Claire. The parties are directed to submit Confidential Settlement Conference Statements to Judge Claire's chambers seven days prior to the Settlement Conference. Defense counsel may email his statement using the following email address: acorders@caed.uscourts.gov. Plaintiff may submit the statement by mail to the Clerk's Office to the attention of Judge Claire. Such statements are neither to be filed with the Clerk nor served on opposing counsel; however, each party shall file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the conference on any terms. See Local Rule 270.

4. A **Further Final Pretrial Conference** is set for **June 9, 2017, at 1:30 p.m.** in courtroom no. 27 before the undersigned.[4]

Dated: April 10, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\o'neal2374.oah.040717

---

[3] Defendant Johnson's Amended Pretrial Statement shall comply with Local Rule 281(b). See ECF No. 131 at 21 ("The parties are referred to Local Rules 281 and 282 relating to the contents of and time for filing Pretrial Statements.").

[4] After the filing of the Amended Pretrial Statements, the court will issue a Tentative Pretrial Order. The Tentative Pretrial Order will provide the parties an opportunity to file objections and may be discussed at the June 9, 2017 Further Final Pretrial Conference.