UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL,<br><br>  Plaintiff,<br><br>  v.<br><br>AUGUST JOHNSON, et al.,<br><br>  Defendants. | No. 2:14-cv-2374 DB PS<br><br><br>ORDER |

This matter is set for a Final Pretrial Conference before the undersigned on June 9, 2017, with trial to commence on June 26, 2017.[1] However, on May 22, 2017, plaintiff filed a motion for reconsideration and noticed the motion for hearing before the undersigned on June 23, 2017. (ECF No. 158.) On May 25, 2017, the court issued an order advising the parties that the court would address plaintiff's motion for reconsideration at the June 9, 2017 Final Pretrial Conference in hopes of proceeding with the June 26, 2017 trial date. Unfortunately, upon further review, the court concludes that it is not possible to address plaintiff's May 22, 2017 motion for reconsideration sufficiently in advance of the June 26, 2017 trial date.

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 16.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 9, 2017 Final Pretrial Conference is continued to **Friday, July 28, 2017, at 1:30 p.m.** in courtroom no. 27 before the undersigned; and

4. The June 26, 2017 jury trial is continued to **Monday, August 28, 2017, at 9:00 a.m.** in courtroom no. 27 before the undersigned.

Dated: June 6, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\o'neal2374.cont.hrg.ord

2