UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN O'NEAL, | No. 2:14-cv-2374 DB PS |
| Plaintiff, | |
| v. | ORDER |
| AUGUST JOHNSON, et al., | |
| Defendants. | |

A jury trial is scheduled to commence before the undersigned on Monday, September 25, 2017, at 9:00 a.m., in Courtroom No. 27, on the 8th Floor. However, Courtroom No. 27 is no longer available. Accordingly, the jury trial will commence before the undersigned on **September 25, 2017, at 9:00 a.m., in Courtroom No. 9, on the 13th Floor.**

IT IS SO ORDERED.

Dated: August 23, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/o'neal2374.ch.crt.ord

1