Matthew Becker, SBN 262816
Ph. (916)591-5150
beckerlawpractice@gmail.com
333 University Ave #200
Sacramento, CA 95825
Fx. (916)352-6299
Attorney for Plaintiff:
SEAN O'NEAL

FEDERAL DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SEAN O'NEAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AUGUST JOHNSON, et al.,<br><br>　　　　　Defendants. | No 2:14-cv-02374 DB PS<br><br>STIPULATION AND ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND DEADLINES FOR PRETRIAL STATEMENTS |

The parties are in agreement that the date of the final pretrial conference and the deadlines for pretrial statements should be continued to a later date. Good cause is stated below:

1) Settlement efforts are ongoing and parties are hopeful that a new trial might not be necessary. While the parties are not yet requesting a settlement conference, such may be requested by the parties in the future.

2) Both parties are prepared to proceed under the current schedule if this request is not granted by close of business on October 25, 2018.

Page **1** of **2**

Case No. 2:14-cv-02374 DB PS       O'Neal v. Johnson et al.
Stipulation and Proposed ORDER to Continue Trial Setting

3) The parties jointly suggest the following dates: Plaintiff's pretrial statement and Joint pretrial Statement due Friday, January 4, 2019; Defendant's Separate pretrial statement due Friday, January 11, 2019; and Final Pretrial Conference on January 25, 2018.

Date: October 24, 2018

_____/s/_____  _____/s/_____
Matthew Becker                 Sean Richmond
                               (digital signature added by Matthew Becker
                               with permission. Email granting such
                               permission can be sent or attached on
                               request)

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The Final Pretrial Conference scheduled for November 9, 2018 is continued to **February 1, 2019, at 1:30 p.m.** in courtroom no. 27 before the undersigned. Trial counsel shall appear at the Final Pretrial Conference;

2. Plaintiff's Pretrial Statement and the parties' Joint Pretrial Statement shall be filed on or before **January 11, 2019**; and

3. Defendant's Pretrial Statement shall be filed on or before **January 18, 2019**.

Dated: October 25, 2018

DLB:6
DB/orders/orders.consent/o'neal2374.stip.cont.ptc.ord

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**

Case No. 2:14-cv-02374 DB PS   O'Neal v. Johnson et al.
Stipulation and Proposed ORDER to Continue Trial Setting