UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN O'NEAL,

    Plaintiff,

vs.

AUGUST JOHNSON, et al.,

    Defendants.

No. 2:14-cv-2374 DB PS

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Sean O'Neal, inmate no. X-4680935, a necessary and material witness in proceedings in this case on March 25, 2019, is confined in Sacramento County Main Jail, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27, United States District Courthouse, 501 I Street, Sacramento, California on March 25, 2019, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court shall hand deliver a copy of this order and writ on the United States Marshal.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of Sacramento County Main Jail 651 I Street, Sacramento California 95814:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 19, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\o'neal2374.writ2.ord